UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| WILLIAM EUGENE THOMPSON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 07-50-ART |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS L. SIMPSON, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [R. 36]. The procedural history leading up to the Magistrate Judge's recommendation is as follows:

On January 30, 2008, Petitioner sent a letter to the Court requesting that his habeas petition be dismissed. [R. 31, 32]. By order of the Court, the letter was docketed as a motion to dismiss with distribution to counsel of record. *Id.* On February 13, 2008, Petitioner's attorneys requested a period of time to discuss the implications of their client's motion to dismiss. [R. 33]. The motion for additional time was granted [R. 34], and on February 21, 2008, Petitioner's attorneys filed a response [R. 35]. In the response, Petitioner's attorneys informed the Court that they had met with the Petitioner, informed him of the consequence of his request, and listened to his reasons for wanting his petition dismissed. *Id.* From this meeting, counsel stated that they had "no reason to doubt the competency of Petitioner to make this decision." *Id.*

There being no objections filed to the Magistrate Judge's Report and Recommendation [R. 36], it is **ORDERED** that the Report and Recommendation [R. 36] be, and it is, hereby

**adopted** as the opinion of the Court.

A Judgment shall be entered concurrently herewith.

This the 17th day of April, 2008.

Signed By:
*Amul R. Thapar*  AT
United States District Judge