UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| WILLIAM EUGENE THOMPSON, | ) | |
| Petitioner, | ) | Civil Action No. 07-50-ART |
| v. | ) | |
| THOMAS L. SIMPSON, | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. **JUDGMENT** is entered in favor of the Respondent, Thomas L. Simpson, with respect to all claims asserted in this action by the Petitioner, William Eugene Thompson.

2. This matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 17th day of April, 2008.



Signed By:
*Amul R. Thapar*  AT
United States District Judge